# United States Court of Appeals
## For the First Circuit

No. 13-1085

IN RE: GENZYME CORP. SECURITIES LITIGATION,

DEKA INTERNATIONAL S.A. LUXEMBOURG; CITY OF EDINBURGH
COUNCIL AS ADMINISTERING AUTHORITY OF THE LOTHIAN PENSION
FUND; GOVERNMENT OF GUAM RETIREMENT FUND,

Plaintiffs, Appellants,

VIVIAN OH, individually and on behalf of all other
similarly situated; JON RAHN, individually and on behalf
of all others similarly situated;
GENZYME INSTITUTIONAL INVESTORS,

Plaintiffs,

v.

GENZYME CORPORATION; HENRI A. TERMEER; DAVID P. MEEKER;
MICHAEL S. WYZGA; ALLISON LAWTON; MARK R. BAMFORTH;
GEOFFREY MCDONOUGH,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on June 5, 2014, is amended
as follows:

On page 20, line 20: replace "defendants's allegedly
misleading" with "defendants' allegedly misleading"

On page 23, line 10: replace "defendants earlier positive"
with "defendants' earlier positive"

On page 23, line 16: replace "plaintiffs' would have
preferred" with "plaintiffs would have preferred"

On page 25, line 16: replace "Geel and Allston facility" with "Geel and Allston facilities"

On page 29, line 13: replace "Plaintiffs' also assert" with "Plaintiffs also assert"

On page 33, line 15: replace "post judgment" with "post-judgment"

On page 36, line 18: replace "abuse it's discretion" with "abuse its discretion"